IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| JESUS MEZA-ARREDONDO | : 1:24CR165-1 |
| MICHAELL HUMBERTO GUTIERREZ | : 1:24CR165-2 |

The Grand Jury charges:

From on or about April 1, 2023, continuing up to and including on or about February 23, 2024, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, and elsewhere, JESUS MEZA-ARREDONDO, MICHAELL HUMBERTO GUTIERREZ, and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate, and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally, and unlawfully distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in this Indictment, the defendant, MICHAELL HUMBERTO GUTIERREZ, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title and interest in and to any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

    a. Glock 9mm handgun, serial number AHYN647;

    b. Romarm Micro Draco 7.62x39mm handgun, serial number PMD-01169-14;

    c. Romarm 5.45x39mm AK-style rifle, serial number WASR200614; and

2

       d.      Hi-Point .380 ACP handgun, serial number P8173016.

4. If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendant cannot be located upon the exercise of due diligence, has been transferred or sold to or deposited with a third person, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in accordance with Title 21, United States Code, Section 853, Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: April 29, 2024

SANDRA J. HAIRSTON
United States Attorney

*Laura J. Dildine* /s/

BY: LAURA J. DILDINE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

3